150 A.3d 820

**BROWN, Antonio L.**

v.

**STATE of Maryland, et al.**

**Pet. Docket No. 443, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Dismissed by the Court of Special Appeals (No. 1265, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

150 A.3d 820

**CRAWFORD**

v.

**CRAWFORD**

**Pet. Docket No. 392, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (Nos. 89, 1374 & 2296, Sept. Term, 2014).

Petition for writ of certiorari denied.